UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. ROGERS, an individual,<br><br>                              Plaintiff,<br><br> v.<br><br> COMPASS GROUP USA, INC., a Delaware corporation; and DOES 1–10, inclusive,<br><br>                              Defendants. | Case No.: 23-CV-1347 TWR (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>(ECF No. 23) |

Presently before the Court is Plaintiff Courtney J. Roger's and Defendant Compass Group USA, Inc.'s Joint Motion for Dismissal ("Jt. Mot.," ECF No. 23), filed pursuant to the Parties' February 28, 2024 Settlement Agreement. (*See id.* at 1–2.) As agreed between the Parties, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety, with each Party to bear its own costs and attorneys' fees. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 2, 2024

_____
Honorable Todd W. Robinson
United States District Judge